**CRIMINAL DOCKET · U.S. District Court**

| | | | | | | | | | | Case Filed | | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Assigned | | WRIT | | U.S. | | (LAST, FIRST, MIDDLE) | Mo. | Day | Yr. | | |
| PO | 1128 | 01 | 2898 | | JUVENILE | VS. | POWE, LAWRENCE MAURICE | | | 02 | 20 | 92 | 00027 | 01 |
| Misd. | | | Disp./Sentence | | ALIAS | | | | | No. of | U.S. MAG. | | | |
| Felony | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | Def's | CASE NO. | | | |

**I. CHARGES**

| | U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG |
|---|---|---|---|---|---|
| | 21:846 | CONSP. TO POSSESS W/INTENT TO DIST. COCAINE BASE (CT.1) | 1 | | |
| | 18:2 | | | | |
| | 21:841(a)(1) | POSS. W/INTENT TO DIST. COCAINE BASE (CT.2) | 1 | | |
| | 18:2 | | | | |
| | 18:924(c)(1) | USE OF A FIREARM DURING A DRUG TRAFFICKING FELONY | | | |
| | 18:2 | (CTS. 3 & 4) | 2 | | |
| | 21:853 | FORFEITURE (CT. 5) | 1 | | |

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|
| KEY DATE | arrest / sum'ns / custody / appears—on complaint | KEY DATE 2-20-92 | Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver | KEY DATE 3-26-92 | a) 1st appears on pending charge /R40 / b) Receive file R20/21 / c) Supsdg: Indt Inf / d) Order New trial / e) Remand f) JG/P Withdrawn | KEY DATE 5-11-92 | Dismissal / Pled Guilty / Nolo / Trial (voir dire) began / Jury  N.J. | After N.G. / After nolo |
| EARLIEST OF | APPLICABLE | APPLICABLE | |

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 5-22-92 | SENTENCE DATE 7-28-92 | PTD / Nolle Pros. | FINAL CHARGES DISMISSED on ST / grounds  W.P.  WOP | on def motion / on gov motion |

| CRIMINAL DOCKET · U.S. District Court | | | | | Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|

**CRIMINAL DOCKET · U.S. District Court**

PO ☐ 1128 01 | Assigned 2898 Disp./Sentence
Misd. ☐
Felony ☒ | District | Off | Judge/Magistr.

☐ WF
☐ JUVENILE    VS.  ● POWE, LAWRENCE MAURICE
☐ ALIAS
OFFENSE ON INDEX CARD ▶

Mo. 02  Day 20  Yr. 92
No. of Def's 09
● U.S. MAG. CASE NO. ●92-0009-C
Docket No. 00027    Def. 01

**I. CHARGES**

| U.S. TITLE/SECTION | | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|---|
| 21:846 18:2 | CONSP. TO POSS. W/INTENT TO DIST. COCAINE BASE (CT. 1) | | 1 | |
| 21:841(a)(1) 18:2 | POSSESS W/INTENT TO DIST. COCAINE (CT. 2) | | 1 | |
| 18:924(c)(1) 18:2 | USE OF A FIREARM DURING A DRUG TRAFFICKING FELONY (CTS. 3 & 4) | | 2 | |
| 21:853 | FORFEITURE CT. (CT. 5) | | 1 | |

SUPERSEDING COUNTS

**II. KEY DATE**

| INTERVAL ONE | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | END INTERVAL TWO |
|---|---|---|

KEY DATE 2-7-92  EARLIEST OF
☐ arrest
☐ sum'ns
☐ custody
☒ appears—on complaint

KEY DATE 2-20-92  APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr.
☐ trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

KEY DATE  APPLICABLE
☐ Dismissal
☐ Pled  ☐ Guilty ☐ After N.G.
☐ Nolo   ☐ After nolo
☐ Trial (voir dire) began
☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | FINAL CHARGES DISMISSED | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ PTD ☐ Nolle ☐ Pros. | on def motion ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | on gov't motion |

**III. MAGISTRATE**

| | | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN THIS DISTRICT |
| Summons | Issued | | | REMOVAL HEARING | OR Date Held ▶ | | |
| | Served | | | | | | ☐ HELD FOR GJ OR OTHER PRO-CEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | 2-27-92 | WEC | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |

Date of Arrest

OFFENSE (In Complaint)

21:846 – CONSP. TO POSS W/INTENT TO DIST. COCAINE BASE

**ON APPEAL**
**APPEAL CONCLUDED**

Show last names and suffix numbers of other defendants on same indictment/information:

RULE   20  21  40  In  Out

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

**ATTORNEYS**
U.S. Attorney or Asst.

J. B. SESSIONS, III/DEBORAH GRIFFIN

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

DONALD PARTRIDGE (appted 8-18-92)
P. O. BOX 71
MOBILE, AL 36601
432-6713

*City*
FCI Edgefield
P.O. Box 723
Edgefield, SC 29824

Appeal
12/15/98
APPEAL CONCLUDED
9/22/99

# 04670-003
Box PMB
Atlanta, Ga 30315

Rt 4. Hebert Rd.
Beaumont, TX 77705

USP Beaumont
P.O. Box 26030
Beaumont, TX 77720-6030

**BAIL ● RELEASE**

PRE - INDICTMENT

| Release Date | |
|---|---|
| Bail Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions ☐ 10% Dep. |
| Date Set | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

POST – INDICTMENT

| Release Date | |
|---|---|
| Bail Denied | ☐ Fugitive ☐ Pers. Rec. ☐ PSA |
| AMOUNT SET $ | Conditions ☐ 10% Dep. |
| Date Set | ☐ Surety Bnd |
| ☐ Bail Not Made | ☐ Collateral |
| Date Bond Made | ☐ 3rd Prty ☐ Other |

APPEALS FEE PAYMENTS

**FINE AND RESTITUTION PAYMENTS**    Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE<br>DOCUMENT NO. | Yr. | Docket No. | Def. | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAG. ☐ OF ☐ | VI EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 92–00027– | | 1 | | | Start Date<br>End Date | Ltr.<br>Code | Total<br>Days | |

**(OPTIONAL) Show last names of defendants**

## V. PROCEEDINGS

| | | |
|---|---|---|
| 2–7–92 | | **MAG. PAPERS** filed – complaint & warrant for arrest. cwr |
| 2–10–92 | | **ORDER** on initial appearance entered by M/Cassady.  Copy to U.S. Atty., Deft's atty., P/T, Prob. & USM.  cwr |
| | | **ORDER** of temp. detnetion pending hrng. entered by M/Cassady. Copy to U.S. Atty., Deft's Atty., P/T, Prob. & USM.  cwr |
| | | **FINANCIAL AFFIDAVIT** of Deft. filed.  cwr |
| 2–12–92 | | **ORDER** on Prel. exam entered by M/Cassady holding Deft. to answer in Dist. Court.  Copy to U.S. Atty., Deft's atty., P/T, Prob. & USM.  cwr |
| 2–11–92 | | **CJA FORM** entered showing appt. of Don Partridge as Deft's atty. cwr |
| 2–19–92 | | **ORDER OF DETENTION** pndng. trial entered by M/Cassady.  Copy to U.S.Atty., Deft's Atty., P/T, Prob. and USM.  cwr |
| 2–20–92 | 1 | **INDICTMENT** filed in Open Court.  cwr |
| | 2 | **PRAECIPE** for warrant filed by U.S. Atty.  cwr |
| | 3 | **WARRANT** for arrest issued and given USM for service.  cwr |
| 2–21–92 | 4 | **PRETRIAL MOTIONS & NOTICE TO COUNSEL** filed by U.S. Atty.  Ref. to M/Cassady.  cwr  (loose) |
| 2–24–92 | 5 | **MOTION** under Rule 404(b) filed by U.S. Atty.  Ref. to. M/Cassady. cwr |
| | 6 | **REQUESTED JURY CHARGES** 1 thru 18 filed by U.S. Atty. Refr J/Howard. cwr |
| 2–25–92 | 7 | **MOTION IN LIMINE** filed by U.S. atty.  Ref. to J/Howard.  cwr |
| 2–26–92 | 8 | **ORDER ON ARRAIGNMENT** entered by M/Cassady.  Deft. entered plea of not guilty and trial set for term of **4–6–92**; all p/t motions due NLT 3–10–92; **PROB.CONF – 3–12–92–9:00; P/T CONF –3–18–92– 8:30;** all as further set out in order.  Copy to U.S. Atty., Deft's Atty., Deft., P/T, prob. and USM.  cwr |
| 3–6–92 | 9 | **ORDER** entered by J/Howard that the Govt's motion in limine to prohibit the Deft. from referring to punishment and sentencing at trial was **GRANTED;** Govt's requested jury charges are **NOTED;** **Govt**'s Rule 404(b) motion is **CARRIED TO TRIAL.**  Copy to U.S. Atty. and to Deft's Atty. |
| | 10 | **ORDER** entered by M/Cassady that the P/T Conf. set for 3–18–92 shall be held instead on **MARCH 20, 1992** at the same hour originally set.  Copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM. cwr |
| 3–6–92 | 11 | USM **RETURN** on warrant showing executed on 2–26–92. mh |
| 3–10–92 | ** | **TRIAL MEMORANDUM** filed by U.S. Atty.  Ref. to J/Howard.  cwr |
| | 12 | **MOTION** to produce filed by Deft.  Ref. to M/Cassady.  cwr |
| | 13 | **MOTION** for ordering of Govt's proof or for separate hrng. to determine conspiracy filed by Deft.  Ref. to M/Cassady. cwr |
| | ** | **MEMORANDUM OF LAW** in support of motion for ordering of Govt's proof or for separate hrng. filed by Deft.  Ref. to M/Cassady. cwr |
| | 14 | **MOTION** for disclosure of impeaching info filed by Deft.  Ref. to M/Cassady.  cwr |
| | ** | **MEMORANDUM** in support of motion for disclosure of impeaching info filed by Deft.  Ref. to M/Cassady. cwr |
| | 15 | **REQUEST** for production of witness' statements & Deft's statements filed by Deft.  Ref. to M/Cassady. cwr |
| 3–11–92 | 16 | **MOTION** for continuance filed by U.S. Atty. w/proposed order. Ref. to J. Howard (loose).  cwr |
| 3–12–92 | 17 | **ORDER** entered by M/Cassady that the Deft's p/t motions – 1) to produce; 2) for order of Proof; 3) for disclosure of impeach-ment info; 4) and for production of statements – are CARRIED WITH P/T CONF.  The govt. shall respond to these motions as directed by arraignment order.  Copy to U.S. Atty., and to Deft's Atty.  cwr |

CONTINUED TO PAGE ☐

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

POWE, LAWRENCE MAURICE

AO 256A ⊛

| | | 92–00027 | 1 |
|---|---|---|---|
| | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 3-19-92 | 18 **ORDER** entered by J/Howard that Govt's motion for continuance is **GRANTED**. Trial reset for term of 5–11–92. Copy to U.S. Atty., Deft's Atty., Deft., P/T, Prob. and USM. cwr | 4-6-92 5-11-92 | | t | 35 |
| 3-23-92 | 19 **ORDER** entered by M/Cassady that a p/t conf. was not held once it was determined that the trial has been continued to May term.  Copy to U.S.Atty., Deft's Atty., P/T, Prob. and USM.  cwr | | | | |
| 3-24-92 | 20 **ORDER** entered by M/Milling that the P/T Conf. is RESCHEDULED for 4–14–92 at 3:30; Counsel who want in-custody Deft. to attend must notify the MJ within 3 days prior; the Govt. is ORDERED to file a written response to all contested motions prior to Conf.as set out in order. Copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM. cwr | | | | |
| 3-26-92 | 21 SUPERSEDING INDICTMENT filed in Open Court.  cwr | | | | |
| | 22 **PRAECIPE** for warrant filed by U.S.Atty.  cwr | | | | |
| | 23 **WARRANT** for arrest issued and given USM for service.  cwr | | | | |
| 4-3-92 | 24  ORDER ON ARRAIGNMENT on superseding indicitment ent. by M/Milling; PTC rescheduled on 4-14-92 at 3:30 p.m.; All previously filed pretrial motions will be treated as directed to the superseding indictment; Copies USA, Prob, pretrial & atty for def; mjf | | | | |
| 4-14-92 | 25 PRETRIAL CONFERENCE ORDER ent  by M/Milling that case set trial MAY 11, 1992; Estimated trial days: (4); Pretrial motions: Def's motion to produce (Doc. #12), Motion for disclosure (Doc. #14) and Request for production (Doc. 15) are MOOT; Def's motion for separate hearing (Doc. #13) is CARRIED TO TRIAL; Copies USM, USA, Prob, pretrial, atty for def & def; m jf | | | | |
| 5-5-92 | 26 Government's proposed jury instructions on forfeiture; mjf | | | | |
| | 27 MOTION to reconsider denial of bond filed by def; Ref. M/Cassady; mjf | | | | |
| 5-6-92 | 28 MOTION to sever filed by def; Ref. J/Butler; mjf | | | | |
| | ** MEMORANDUM in support of def's motion to sever; mjf | | | | |
| 5-7-92 | 29 NOTICE ent. by M/Cassady that motion to reconsider denial of bond is **"DENIED." "A specific showing of changed circumstances or errors made initially has not been made."** Copies counsel; mjf | | | | |
| 5-11-92 | 30 ORDER GOVERNING PROCEEDINGS AT TRIAL ent. by J/Butler that the following procedures as set out in order are to be applied during trial; Copies counsel; mjf | | | | |
| 5-12-92 | ** **JURY SELECTED BUT NOT SWORN; TRIAL set 5-19-92 at 9:00 a.m.(mjf)** | | | | |
| | 31 Government's SUPPLEMENTAL request to charge filed by USA; mjf | | | | |
| 5-19-92 | 32 Government's AMENDED SUPPLEMENTAL request to charge; mjf | | | | |
| | ** **JURY SWORN & TRIAL BEGAN;** | | | | |
| | 33 Defendant's requested jury charges filed in open court; | | | | |
| | 34 Government's requested jury charges filed in open court; | | | | |
| 5-20-92 | ** **JURY TRIAL RESUMED;** | | | | |
| | 35 Request for issuance of subpoenaes filed by def is endorsed GRANTED; (Orders to produce issued to USM) mjf | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 5-21-92 | ** | JURY TRIAL RESUMED;  Closing arguments to Jury; Court charges jury; JURY BEGINS DELIBERATIONS at 3:15 p.m.; Court recesses to 5-22-92 at 8:30 a.m.; | | | | |
| 5-22-92 | ** | JURY DELIBERATIONS RESUME: EACH defendant GUILTY on all counts as charged; Sentencing POSTPONED to Tuesday, July 28, 1992 at 8:30 a.m.; Defendants remanded to custody of USM except MELANIE BRYANT to remain on bond; | | | | |
| | | Hearing on forfeiture proceeding as to defs Lawrence Powe and Deborah Powe; Closing arguments to Jury; Jury begins DELIBERATIONS; FORFEITURE VERDICT: Defendants to Forfeit $900,000; (mjf) | | | | |
| | 36 | ORDER ON JURY TRIAL ent. by J/Butler; On May 20th, def Douglas Parker withdrew plea of not guilty as to Count 1 and entered a PLEA OF GUILTY as to Count 1; Imposition of sentence is POSTPONED to Monday, JULY 28, 1992 at 8:30 a.m.;  VERDICTS AS FOLLOWS: Defendant, LAWRENCE MAURICE POWE: Guilty as charged in Cts 1,2,3, & 4 of the indictment; Defendant, DEBORAH LITTLE POWE: GUILTY as charged in Ct 1 of the indictment; Defendant, MICHAEL EUGENE DOWNS: GUILTY as charged in Ct. 1 of the indictment; Defendant, MELANIE BRYANT: GUILTY as charged in Ct. 1 of the indictment; Defendant, DENNIS HUNTER: GUILTY as charged in Ct. 1 of the indictment; Imposition of sentence as to EACH def is postponed to Tuesday, JULY 28, 1992 at 8:30 a.m.; All defs with the exception of MELANIE BRYANT are REMANDED to custody of USM pending sentence; Testimony, arguments and charge of the Court presented to jury on forfeiture question as to defs, LAWRENCE MAURICE POWE and DEBORAH LITTLE POWE; VERDICT: YES in the amount of $900,000; A judgment of forfeiture will be entered by separate document; (mjf) | | | | |
| 5-26-92 | 37 | ORDER ON FORFEITURE ent. by J/Butler as to defs, LAWRENCE MAURICE POWE AND DEBORAH LITTLE POWE in the amount of $900,000 pursuant to 21 USC 853; 2 cert USA; Prob, pretrial & counsel for defs; mjf | | | | |
| 5-16-92 | 38 | USM RETURN ON WARRANT showing executed on 2-10-92. | | | | |
| -14-92 | 39 | POSITION of parties with respect to sentencing factors filed by USA; mjf | | | | |
| -20-92 | 40 | POSITION with respect to sentencing factors filed by def; mjf | | | | |
| | 41 | MOTION to strike consideration of life sentence as applied under the sentencing guidelines filed by def; Ref. J/Butler; mjf | | | | |
| -24-92 | 42 | NOTICE of findings ent. by J/Butler with respect to to sentencing factors filed by defendant; Copies counsel; mjf | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET          *U. S. vs*          POWE, LAWRENCE MAURICE          92-00027

AO 256A

| | | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-----|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

| DATE | PROCEEDINGS (continued) |
|------|------------------------|
| 7-24-92 | 43    NOTICE of findings ent. by J/Butler with respect to sentencing factors filed by U.S.; Copies counsel;mjf |
| 7-28-92 | 44    JUDGMENT ent. by J/Butler as follows: SENTENCE: Imprisonment for a term of LIFE w/o PAROLE as to Ct. 1; 240 MONTHS w/o parole as to Ct. 2, 60 MONTHS w/o parole as to Ct. 3 and 60 MONTHS w/o parole as to Ct. 4; Sentence imposed as to ct. is to run CONCURRENTLY with sentence imposed on Ct. 1; Sentences imposed as to Cts 3 & 4 are to run CONCURRENTLY with each other but CONSECUTIVELY to sentences imposed on Cts 1 & 2; Def REMANDED into custody of USM; SRT 5 years as to Cts. 1-4 to run CONCURRENTLY w/special condition that def participate in drug treatment program; FINE $750,000.00 as to Cts 1-4 imposed concurrently; SA $200.00; 4 cert USM, USA, Prob, pretrial & atty for def; mjf |
| | 45    REPORT of reasons for imposing sentence ent. by J/Butler; Copies counsel; mjf |
| 7-28-92 | 46   NOTICE OF APPEAL from the conviction and sentence filed by defendant's counsel.  eec |
| | 47   MOTION to proceed in forma pauperis filed; ref. to J/Butler 8-4-92.  eec |
| 8-4-92 | **   Certified copies of Notice, docket entries, judgment mailed to 11th CCA.  Copies given to USA & Probation AIS & Rules mailed to counsel.  eec |
| 8-13-92 | **   Presentence report and sentencing recommendations filed.   pw |
| 8-14-92 | 48   RULING - Doc. 47 endorsed GRANTED by Judge Butler.  Copies mailed & file referred to MJ for appointment of counsel 8-17-92.  eec |
| 8-18-92 | 49   CJA-20 FORM appointing Donald Partridge as counsel for defendant filed.  eec |
| 8-20-92 | **   Certified copy of Doc. 49 mailed to 11th CCA.  CJA-24 mailed to counsel.  eec |
| 11-3-92 | **   Transcript of the following proceedings filed: 5-19-92 Trial proceeding (pgs 1 - 220) 5-20-92 Trial proceeding (pgs 221 - 534) 5/21-22/92 Trial proceedings (pgs 535 - 766) 7/28/92 Sentencing (pgs 767 - 828) (4 & 4).  eec |
| 12-3-92 | **   Certificate of Readiness mailed to 11th CCA; ROA consists of 4 vols of pleadings (Powe, Powe, Downs, Hunter), 4 vols of transcript, 4 sealed PSIs, 1 folder of trial exhibits.  eec |
| 12-15-92 | 50   MOTION to withdraw filed by Donald Partridge; ref. to J/Butler 12-15-92.  eec |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12-16-92 | 51 | ORDER entered by Judge Butler that the motion to withdraw is DENIED.  Copies mailed to parties & 11th CCA 12-17-92.  eec | | | | |
| 11-23-92 | 52 | MOTION to vacate, set aside or correct sentence filed by ptr; (CA 92-1008-CB); Ref. J/Butler; mjf | | | | |
| 12-21-92 | 53 | ORDER entered by Judge Butler that defendant's motion (Doc. 52) is DENIED.  Copies mailed 12-22-92.eec | | | | |
| 1-15-93 | ** | One volume of original record mailed to 11th CCA, per letter instructions dated 1-11-93.  eec | | | | |
| 2-17-93 | ** | Corrected Certificate of Readiness mailed to 11th CCA.eec | | | | |
| 8-6-93 | ** | Record on Appeal mailed to 11th CCA.  eec | | | | |
| 5-3-94 | 54 | **JUDGMENT and Opinion** filed by 11th CCA that the judgments of convictions are AFFIRMED; and that the sentence imposed as to appellant Powe is AFFIRMED; and the sentences imposed as to appellants Downs and Hunter are VACATED and REMANDED for resentencing in accordance with the opinion of this Court.  Entered 3/7/94; Mandate issued 5/2/94.  mab | | | | |
| | ** | Record on Appeal received from 11TH CCA.  Original Exhibits, consisting of one envelope of trial exhibits, and Original record on appeal or review, consisting of eight volumes.  mab | | | | |
| 12-27-95 | 55 | **MOTION** for reduction of sentence filed by Deft.  Ref. to J/Butler.  cwr | | | | |
| 2-7-96 | 56 | **ORDER** entered by J/Butler re defendant's motion for reduction of sentence that Government is ORDERED to provide Court with its sentence recommedation, as well as the reasons for such recommendation, nlt 20 days after date of this order; copy to AUSA, def. & Prob.; wet, | | | | |
| 2-21-96 | 57 | **POSION** on resentencing filed by U.S. Atty. Ref. to J/Butler. | cwr | | | |
| 2-29-96 | 58 | ORDER ent. by J/Butler as to Doc. 55 stating the motion is GRANTED and the dft's term of imprisonment is RE-DUCED to 420 MONTHS, w/all other provisions of dft's original sent. remain the same; copies to Prob,USM,USA, dft,USP Atlanta (cert. copy)     mp | | | | ▶ |
| 4-25-97 | 59 | **MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER** 28:2255 filed by petitioner.  Ref. to J/Butler.  cwr 2255 ASSIGNED C.A.NO. 97-0365-CB-C; COPY SENT TO U.S. ATTY. | CWR | | | |
| 7/10/97 | 60 | **ORDER** entered by Judge Butler on Deft's Mtn. to Vacate, the Court DENIES IN PART the defts mtn. and ORDERS the Govt. to respond to the remainder of mtn. w/in 30 days, copies to USA, Deft. (jal) (Clk found this order undocketed 8/8/97) | | | | |
| 8/8/97 | 61 | **RESPONDENT U.S.' ANSWER IN OPPO. TO PETITIONER'S MTN. TO VACATE, ref. Judge Butler (jal)** | | | | |
| 10-3-97 | 62 | **REPLY** to govt's response to 2255 filed by petitioenr.  Ref. to J/Butler (loose)  cwr | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

LAWRENCE MAURICE POWE

AO 256A ●

92–00027

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 8–24–98 | 63   MOTION to amend  2255 filed by petitioner;  Ref. to J/Butler (loose)  cwr | | | | |
| 10–21–98 | 64   ORDER entered by J/Butler that the petitioner's motion to amend his 2255 petitition is DENIED as set out;  copy to U.S. Atty. and to Deft.  cwr | | | | |
| 10–21–98 | 65   ORDER entered by J/Butler (signed 10/20/98) that Deft's 2255 motion is DENIED as set out;  M/E NO. 7097 ; copy to U.S. Atty. and to Deft.  cwr | | | | |
| 10–21–98 | JUDGMENT ENTERED ON DOCKET AND COPIES MAILED;  cwr | | | | |
| 12–15–98 | 66   BRIEF IN SUPPORT OF REQUEST FOR CERTIFICATE OF APPEALABILITY of pro se LAWRENCE M. POWE; referred to J/Butler; (Brief construed as notice of appeal and request for certificate of appealability); nwp | | | | |
| 12–18–98 | **   Certified copy of brief (notice) , docket entries, and order/judgment appealed from transmitted to 11th CCA; AIS&Ruls mailed appellant (pro se); certified copy of brief(notice) to AUSA,Prob. nwp | | | | |
| 12–21–98 | 67   ORDER entered by J/Butler that the Court declines to issue a certificate of appealability, and more as fully set out in instant order; copies mailed to parties, certified copies order and updated docket sheet to 11th CCA; nwp | | | | |
| 1–14–99 | **   NOTICE OF docketing notice of appeal.  USCA # 98-7022. (Pay $105.00 fee or request 1vf IFP in D.C. | | | | |
| 1–26–99 | 68   MOTION  for leave to appeal in forma pauperis and Financial Affidavit of deft. LAWRENCE POWE; referred t/J/Butler; nwp | | | | |
| 2–2–99 | 69   ORDER entered by J/Butler that motion to proceed in forma pauperis (Doc. #68) is GRANTED; copies mailed to  Deft. Powe, AUSA Griffin; certified copy of order and updated docket sheet to 11th CCA; nwp | | | | |
| 3–4–99 | **   ORIGINAL PAPERS transmittted to 11th CCA consisting of 2 volume pleadings; 3 vols. transcript; copy of transmittal to parties; nwp | | | | |
| 9–20–99 | 70   PETITION FOR REMISSION of USA, referred to J/Butler; nwp | | | | |
| 9–23–99 | 71   ORDER of 11th CCA that COA is DENIED; issued in lieu of the mandate  9/22/99;  nwp | | | | |
| | **   Received from  11th CCA original papers consisting of 2 vols. pleadings (original pleadings reconstituted to original file); 3 vols. transcript; nwp | | | | |
| 9–23–99 | 72   ORDER ON PETITION FOR REMISSION that Gov. pet. for rem. of int. and penalty requirement, if applicable, and a partial remission of the principal on deft. fine thereby reducing same to $100,000 as of the date of this order is GRANTED.  It is FURTHER ORDERED, that payment is immediately due if not currently in repay-ment status; copy to AUSA,deft., financial deputy; pretrial, probation. nwp | | | | |
| 9–23–99 | **   JEOD 9/23/99. M/E No. 8088-D; nwp | | | | |

Interval    Start Date   Ltr.  Total

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 1-12-00 | 73 | MOTION for clarification of sentence filed by U.S. Atty; Ref. to J/Butler; cwr | | | | |
| 1/19/00 | 76 | ORDER entered pursuant to doc. 75, motion for clarification of sentence. The court clarifies the sentence previously imposed as follows: The Court reduced the deft. sentence to a 480 month total time of imprisonment, whereby, Ct 1 was reduced to 420 months, Ct 2 remained a 240 month term to run concurrently with Ct 1, and 60 month terms were imposed in both Cts 3 and 4 to be served consecutive to the terms in Ct 1 and 2, but concurrent with one another. Copies mailed. adk | | | | |
| 7-17-00 | 77 | MOTION for IFP filed by Deft. Ref. to J/Butler; cwr | | | | |
| 7-31-00 | 78 | MOTION TO VACATE SET ASIDE, OR CORRECT SENTENCE under 28:2255 filed by Deft. Ref. to J/Butler; cwr | | | | |
| | 79 | BRIEF in support of motion to vacate filed by Deft. Ref. to J/Butler; cwr  2255 ASSIGNED C.A.NO. 00-0703-CB-C; COPY SENT TO U.S. ATTY. cwr | | | | |
| 8-10-00 | 80 | ORDER entered by J/Butler that the Deft's 2255 is DENIED as a successive petition; furthermore his motion to proceed IFP is MOOT; M/E NO. 8996; JEOD 8/11/00; copy to U.S. Atty. and to Deft.; cwr | | | | |
| 5-17-01 | 81 | MOTION for a reductionof sentence under 18]3582 filed by Deft. Ref. to J;Butler  cwr | | | | |
| 5-29-01 | 82 | ORDER entered that the government is ordered to respond to the defendant's motion for correction of sentence by June 29, 2001. Copies mailed 5-29-01. adk | | | | |
| 9/12/02 | 83 | ORDER denying the defendant's motion for modification of sent. Copies distributed 9/13/02 adk | | | | |

Interval   Start Date   Ltr. Total