FILED JUL 23 '14 PM 12:33 USDCALS

IN THE UNITED STATES DISTRICT COURT
FOR THE            DISTRICT OF

_____,PRO SE,     )
    PETITIONER,                )
                               )
                               )  CASE NO.: 92-27-CB
VS.                            )
                               )
                               )
UNITED STATES OF AMERICA       )
    RESPONDENT                 )

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C.
§3582 (C)(2), AND UNITED STATES SENTENCING GUIDELINES §1B1.10

    NOW COMES, The Petitioner, _____ by and through Pro Se, moves this Court for a reduction of sentence imposed by this Court based on guideline Amendment 782.

    IN SUPPORT THEREOF, the petitioner says as follows:

1. That he was convicted on _____ in the United States District Court for the _____ District of _____ of 21 U.S.C. §841 Possession with intent to distribute a controlled substance ( _____ ), a class A felony.

2. That his sentence was based upon §2D1.1(c), unlawful manufacturing, importing, exporting, or trafficking, (including possession with intent to commit these offenses); attempt or conspiracy.

3. That as of November 1, 2014, §2D1.1 of the United States Sentencing Guidelines has been amended thus reducing base offense levels by 2 levels.

4. That as of November 1, 2014 Guideline Amendment ____ gave retroactive application of Guideline Amendment 782.

1

5. That Guideline Amendment mandates this Court to give retroactive application of Guideline Amendment 782 to the petitioner pursuant to §1B1.10 of the Federal Sentencing Guidelines.

Therefore, for the above stated reasons the petitioner urges this Honorable Court for a reduction of sentence, and for any other relief unto this Court may deem just and proper.

Dated this 1st day November in this year of 2014

RESPECTFULLY SUBMITTED,

*Lawrence Maurice Powe*
LAWRENCE MAURICE POWE
PETITIONER, PRO SE

⇔04670-003⇔
Lawrence Powe
04670003
PO BOX 2602
Beaumont, TX 77720
United States



NORTH HOUSTON TX 77

21 JUL 2014 PM 2 L

⇔04670-003⇔
U S District Court
Southern District/Alabama
113 Saint Joseph ST
Mobile, AL 36602
United States

36602368399